[No. 2679. Decided November 12, 1897.]

CHARLES P. CHASE, *Appellant,* v. SHELDON MORFORD, *et al., Respondents.*

Appeal from Superior Court, Yakima County.—Hon. JOHN B. DAVIDSON, Judge. Reversed.

*Whitson & Parker,* for appellant.
*Frank H. Rudkin,* for respondents.

*Per Curiam.*—This case presents the same question that was involved and discussed in *State ex rel. Steele, v. Northwestern and Pacific Hypotheek Bank,* just decided *(ante,* p. 118), and for the reasons there given, the judgment and order appealed from must be reversed.

---

[No. 2693. Decided November 15, 1897.]

SAM CHONG, *Appellant,* v. C. W. FOWLER *et al., Defendants,* GUSSIE HARRIS, *Respondent.*

Appeal from Superior Court, Yakima County.—Hon. CARROLL B. GRAVES, Judge. Affirmed.

*W. L. Jones,* for appellant.
*H. J. Snively,* and *Fred Miller,* for respondent.

*Per Curiam.*—It can not be said that the legal effect of the testimony of the witnesses Fowler and Snively (who were respondent's witnesses) was to establish the fact that the money which was in the clerk's possession was the money of Fowler. This being true, and the testimony having been submitted to the jury and no errors appearing in the trial of the cause, the judgment will be affirmed.